UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAQUAN WILLIAMS,

                Plaintiff,

        -against-

ANDREW CHAN, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
ASSISTANT UNITED STATES
ATTORNEY, S.D.N.Y.; RYAN WOLFE
ALLISON, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS ASSISTANT
UNITED STATES ATTORNEY, S.D.N.Y.;
DOMINIC GENTILE, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS
ASSISTANT UNITED STATES
ATTORNEY, S.D.N.Y.; JARED HOFFMAN,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS ASSISTANT UNITED
STATES ATTORNEY, S.D.N.Y.; UNITED
STATES OF AMERICA; UNITED STATES
DEPARTMENT OF JUSTICE;
METROPOLITAN DETENTION CENTER;
JOHN/JANE DOES 1-10,

                Defendant.

26 CIVIL 01721 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 5, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    March 8, 2026

New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2